IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TONY LAMAR WARD JACKSON, #449832 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv561 |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

After the Report was issued, Petitioner filed three letters which this Court construes as objections.  This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that the claims related to Petitioner's Smith County judgment and claims related to his parole revocation are **DISMISSED WITH PREJUDICE**, and that his § 1983 claims are **DISMISSED WITHOUT PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this 11th day of March, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE